UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY CONNERS,

        Plaintiff,

    v.

E. BORLA, et al.,

        Defendants.

1:25-cv-02048-HBK (PC)

ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff Anthony Conners—a state prisoner—initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 on December 29, 2025. (Doc. No. 1, Complaint). Plaintiff accompanied his Complaint with an application to proceed *in forma pauperis*. (Doc. No. 2).

Upon review of the Complaint, the court determines Plaintiff should have filed his action in the United States District Court in the Northern District of California. The events that give rise to Plaintiff's claim occurred while Plaintiff was confined at Correctional Training Facility (CTF), an institute part of the California Department of Corrections located in Soledad, Monterey County, California and within the venue of the United States District Court for the Northern District of California. *See* 28 U.S.C. § 1391(b). Thus, in the interests of justice this court transfers this case pursuant to 28 U.S.C. § 1406(a).

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to transfer this action to the United States District Court

for the Northern District of California and close the action in this court upon transfer.

2.  This court defers ruling on Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) to the transferee court.

Dated:    December 31, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2