United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CONNERS,<br>Plaintiff,<br>v.<br>E. BORLA, et al.,<br>Defendants. | Case No. 26-cv-00202-JD<br><br>**ORDER RE DISMISSAL** |

Plaintiff, a former state prisoner, filed this pro se civil rights action. Court mail that the Clerk sent to plaintiff at his last known addresses was returned as undeliverable because plaintiff was paroled. Dkt. No. 20. Plaintiff has not provided a current mailing address or otherwise communicated with the Court. More than sixty days have passed since the mail was returned. The case is dismissed without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: November 24, 2026

JAMES DONATO
United States District Judge